# Court of Appeals
## Tenth Appellate District of Texas

10-26-00276-CV

The Fontana Evolution, LLC and Bo Michael Fontana,
Appellants

v.

Bay Mountain Fund I, LLC,
Appellee

On appeal from the
County Court at Law No 2 of Johnson County, Texas
Judge F. Steven McClure, presiding
Trial Court Cause No. CC-C20240353

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On August 4, 2026, the appellants, The Fontana Evolution, LLC and Bo Michael Fontana, and the appellee, Bay Mountain Fund I, LLC, filed an agreed motion to dismiss this appeal because the parties have reached a settlement. The motion indicates that the parties have agreed to dismiss the appeal with prejudice to refiling.

The joint motion to dismiss the appeal is granted. Accordingly, pursuant to the agreement of the parties, this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, each party shall bear its own appellate costs.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: August 13, 2026

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Appeal dismissed
CV06

